IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02040-PAB-SKC

FIRE LOSS RESPONSE, LLC,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

---

## MINUTE ORDER

**Entered by Chief Judge Philip A. Brimmer**

    This matter is before the Court on Plaintiff's Citizenship Disclosure Statement Pursuant to Fed. R. Civ. P. 7.1(a)(2) [Docket No. 18]. On October 2, 2023, the Court ordered the parties to "name and identify the citizenship of every individual or entity whose citizenship is attributed to that party." Docket No. 17 (emphasis omitted). The disclosure statement of plaintiff Fire Loss Response, LLC ("FLR") is deficient for several reasons.

    FLR states that it is a limited liability company. Docket No. 8 at 1, ¶ 1. The citizenship of a limited liability company is determined, not by its state of organization or principal place of business, but by the citizenship of all of its members. *See Siloam Springs Hotel, LLC v. Century Sur. Co.*, 781 F.3d 1233, 1237-38 (10th Cir. 2015) ("in determining the citizenship of an unincorporated association for purposes of diversity, federal courts must include all the entities' members"). This rule applies not only to plaintiff as an LLC but also to any members of FLR that are themselves LLC organizations. FLR's citizenship disclosure statement failed to identify any members or their citizenship. *See* Docket No. 18. FLR shall submit, on or before **October 10, 2023,** a list of each of its members and their concomitant citizenship.

    DATED October 5, 2023.